UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIKA ALEJANDRA MEJIA SANCHEZ; et al., | NO. 2:26-cv-01587-RSM |
| Plaintiffs, | DECLARATION OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CIVIL COVER SHEET. |
| Vs. | |
| ALEXANDRA LOZANO KENNEDY; et al., | |
| Defendants. | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 9:26 A.M. on May 18th, 2026, at 3400 Capitol Boulevard Southeast, Suite 101, Tumwater, Washington, I duly served the above-described documents in the above-described matter upon En Solidaridad LLC, by then and there personally delivering a true and correct copy thereof by leaving the same with Debbie Payne, Registered Agent Specialist for Registered Agent Solutions, Inc., its Registered Agent, who stated that she was authorized to receive service.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | | |
|---|---|---|
| Process Fee: | 12.00 | Signed at Seattle, Washington, on ___5/22/26___ |
| Prep: | 10.00 | |
| Travel: | 105.00 | |
| Cash Advance: | | |
| Advance Fee: | | |
| Special Fee: | | |
| Declaration Fee: | 12.00 | |

TOTAL   $139.00         TIMOTHY DZIERZANOWSKI   PIERCE CO. #31471

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| ERIKA ALEJANDRA MEJIA SANCHEZ, et al. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| _Plaintiff(s)_ | | |
| v. | | Civil Action No.  2:26-cv-01587-RSM |
| ALEXANDRA LOZANO KENNEDY et al. | | |
| _Defendant(s)_ | | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  EN SOLIDARIDAD LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aric S. Bomszyk, WSBA #38020
Tallman H. Trask IV, WSBA #60280
1000 Second Ave, Suite 3660
Seattle, WA 98104
Phone: (206) 621-1871
Email: asb@tbr-law.com
  tht@tbr-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  5/14/2026

_____
_Signature of Clerk or Deputy Clerk_

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIKA ALEJANDRA MEJIA SANCHEZ; et al., | NO. 2:26-cv-01587-RSM |
| Plaintiffs, | DECLARATION OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CIVIL COVER SHEET. |
| Vs. | |
| ALEXANDRA LOZANO KENNEDY; et al., | |
| Defendants. | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 9:26 A.M. on May 18th, 2026, at 3400 Capitol Boulevard Southeast, Suite 101, Tumwater, Washington, I duly served the above-described documents in the above-described matter upon En Solidaridad LLC, by then and there personally delivering a true and correct copy thereof by leaving the same with Debbie Payne, Registered Agent Specialist for Registered Agent Solutions, Inc., its Registered Agent, who stated that she was authorized to receive service.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | | |
|---|---|---|
| Process Fee: | 12.00 | Signed at Seattle, Washington, on ___5/22/26___ |
| Prep: | 10.00 | |
| Travel: | 105.00 | |
| Cash Advance: | | |
| Advance Fee: | | |
| Special Fee: | | |
| Declaration Fee: | 12.00 | |

TOTAL   $139.00



TIMOTHY DZIERZANOWSKI   PIERCE CO. #31471

COPY



**WASHINGTON LEGAL MESSENGERS**

PROCESS SERVICE
SPECIAL MESSENGER
SKIP TRACE
PROCESS FORWARDING
LEGAL RESEARCH

| last day and time for completion | date: 05 \| 19 \| 26   time: COB | phone: **206.374.0100**   fax: **206.374.0200** |
|---|---|---|

| today's date: | name: | Tomlinson Bomsztyk Russ | case: | Sanchez et al |
|---|---|---|---|---|
| 05 \| 15 \| 26 | address: | 1000 Second Avenue, Suite 3660, Seattle, WA 98104 | | v Lozano Kennedy et al |
| | contact: | Bailey McCoy | | |
| | phone: | 206-621-1871 | cause no.: | 2:26-cv-01587 |
| Documents: | | | client no.: | |

Complaint, Summons - En Solidaridad

**Special Instructions:**

## Messenger

- ☐ PICK UP
- ☐ DELIVER ONLY
- ☐ RETURN COPY
- ☐ ROUND TRIP
- ☐ DO NOT FILE RETURN ORIG
- ☐ SIGNATURE REQUIRED

## Process

- ☐ SERVE & POST
- ☑ SERVE
- ☐ POST
- ☐ FILE 1ST
- ☐ SERVE 1ST

**Name:** En Solidaridad; c/o registered agent solutions

**Residence**
address: 3400 Capitol Blvd Se; Suite 101

city, zip: Tumwater, WA 98501

phone:

**Business**
address:

city, zip:

phone:

## Filing:

| COUNTY | | DISTRICT | | |
|---|---|---|---|---|
| SUPERIOR ☐ | AUDITOR ☐ | APPEALS COURT ☐ I   ☐ II | FEDERAL COURT ☐ Civil  ☐ Bankruptcy  ☐ SEA  ☐ TAC | SUPREME COURT ☐ |