**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

ERIKA ALEJANDRA MEJIA SANCHEZ, an individual; JUAN MANUEL VILLANUEVA VEGA, an individual; SEVERO LOPEZ CONTRERAS, an individual; NORA PATRICIA MURILLO MORENO, an individual; ANGÉLICA MARIA BARAJAS HORTA, an individual; ANA MARIA GARCIA MARTINEZ, an individual; GABRIEL MARTINEZ GARCIA, an individual; GERARDO PRADO RIVERA, an individual; AURORA LIZZETTE LEAL RUBIO, an individual; JOSE ENRIQUE VILLALON RIVERA, an individual; CARLOS ENRIQUE NAVARRO CEJA, an individual; MARIA GUADALUPE FERNANDEZ RAYAS, an individual; JOAQUIN COTO ROMAN, an individual; SAMANTA SINAI MARIN SOSA, an individual; MIGUEL GALVAN RODRIGUEZ, an individual; VERONICA FLORES CAMPOS, an individual; JOSE MARGARITO MURATALLA MAGANA, an individual; CLAUDIA GALINDO VELASQUEZ, an individual; ROSAURA GALLARDO MARTINEZ, an individual; WILSON ERENDIRA NAVA, an individual; PEDRO ALBERTO GARCIA VIDACA, an individual; JOSE LUIS

**NO. 2:26-cv-01587**

**DECLARATION OF ARIC S. BOMSZTYK**



TOMLINSON
BOMSZTYK
RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871 F/ 206.621.9907

ORTIZ OSORIO, an individual; ISIDRO MENDOZA JIMENEZ, an individual; ANGELICA ISABEL SOLIS ROMERO, an individual; JOSE VASQUEZ ROCETE, an individual; MARTIN GONZALEZ GARIBAY, an individual; MARTHA ELIZABETH CHAVEZ GOMEZ, an individual; DIANA YAZMIN BARAJAS HORTA, an individual; IDALIA GUZMAN VIDALS, an individual; RICARDO REYNOSO JAIMES, an individual; ANA LETICIA RANGEL SALINAS, an individual; MA PABLA PRIETO MUNIZ, an individual; JOSE JESUS MEDINA JUAREZ, an individual; and FABIOLA SOSA RODRIGUEZ, an individual,

Plaintiffs,

vs.

ALEXANDRA LOZANO KENNEDY, an individual; MAGALY LOZANO PEREA, an individual; LA LUZ DEL CAMINO LEGAL, PLLC, f/k/a ALEXANDRA LOZANO IMMIGRATION LAW PLLC, a Washington professional limited liability company; EN SOLIDARIDAD, LLC, a Washington limited liability company; SALUD TOTAL, LLC, a Wyoming limited liability company; AMIGA LAWYERS LLC, a Washington limited liability company; ALLY LOZANO, LLC, a Washington limited liability company; SUENO CUMPLIDO, LLC, a Washington limited liability company; 5 BRANCHES HOLDING COMPANY, LLC, a Washington limited liability company; FIVE STAR LEGACY TRUST, a Washington trust; DOE INDIVIDUALS 1-10; and, DOE ENTITIES 1-10,

Defendants.



TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871 F/ 206.621.9907

I, Aric S. Bomsztyk, hereby declare under the penalty of perjury under the laws of the State of Washington that I make the following statements of fact from personal knowledge, am over 18 years of age, and am competent to testify if called upon to do so.

1. I am counsel of record for Plaintiffs in this matter.

2. A true and correct copy of the statutory warranty deed for the residence at 20511 SE 261st Place, Covington, Washington 98042, King County Tax Parcel No. 2591780120 (the "Covington Property") is attached to this declaration as **Exhibit 1**.

3. A true and correct copy of the statutory warranty deed for the condominium at 121 Stewart Street, Unit 3504, Seattle, Washington 98101, King County Tax Parcel No. 2329712510 (the "Seattle Condominium") is attached to this declaration as **Exhibit 2**.

4. The Covington Property was recently listed for sale, but was taken off the market on June 22, 2026. The listing prive was $852,500.

5. A true and correct copy of the listing for the Seattle Condominium is attached to this declaration as **Exhibit 3**.

6. I have compiled the amount of fees paid by each Plaintiff in this matter, as alleged in Plaintiff's First Amended Complaint. The total amount of fees paid by the Plaintiffs is $552,179.00. I have included a table below listing the amount of fees allegedly paid by each Plaintiff.

| **Plaintiff(s)** | **Amounts Paid** |
|---|---|
| Erika Alejandra Mejia Sanchez and Juan Manuel Villanueva Vega | $32,355 |
| Severo Lopez Contreras | $17,500 |
| Nora Patricia Murillo Moreno | $15,000 |
| Angélica Maria Barajas Horta | $13,675 |
| Ana Maria Garica Martinez | $15,000 |
| Gabriel Martinez Garcia | $15,000 |



TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660, Seattle, Washington 98104-1046
P/ 206.621.1871 F/ 206.621.9907

| | |
|---|---|
| Gerardo Prado Rivera | $13,755 |
| Aurora Lizzette Leal Rubio | $15,000 |
| Jose Enrique Villalon Rivera | $12,850 |
| Carlos Enrique Navarro Ceja and Maria Guadalupe Fernandez Rayas | $47,500 |
| Joaquin Coto Roman | $24,210 |
| Samanta Sinai Marin Sosa | $18,225 |
| Miguel Galvan Rodriguez | $15,000 |
| Veronica Flores Campos and Jose Margarito Muratalla Magana | $34,850 |
| Claudia Galindo Velasquez | $13,855 |
| Rosaura Gallardo Martinez and Wilson Erendira Nava | $40,075 |
| Pedro Alberto Garcia Vidaca | $17,435 |
| Jose Luis Ortiz Osorio | $7,950 |
| Isidro Mendoza Jimenez | $15,300 |
| Angelica Isabel Solis Romero | $13,000 |
| Jose Vasquez Rocete | $13,610 |
| Martin Gonzalez Garibay | $25,925 |
| Martha Elizabeth Chavez Gomez | $20,000 |
| Diana Yazmin Barajas Horta | $16,560 |
| Idalia Guzman Vidals | $13,825 |
| Ricardo Reynoso Jaimes | $16,424 |
| Ana Leticia Rangel Salinas | $13,000 |
| Ma Pabla Prieto Muniz and Jose Jesus Medina Juarez | $20,300 |
| Fabiola Sosa Rodriguez | $15,000 |

7. Plaintiffs' contractual damages are subject to trebling under RCW 19.86.090 and 18 U.S.C. § 1964(c). Trebling Plaintiffs' contractual damages results in a total amount for $1,656,537.00.

8. In addition to contractual damages, Plaintiffs also allege they have been forced to pay additional funds to replacement counsel as a result of the acts alleged in their First Amended Complaint. Plaintiffs allege replacement counsel has charged them at least $69,700, but many Plaintiffs continue to incur fees for representation in immigration proceedings. The replacement counsel fee damages are also likely subject to trebling, totaling at least $209,100.00.



TOMLINSON
BOMSZTYK
RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871 F/ 206.621.9907

9. In addition to those damages, Plaintiffs also claim lost wages. While amounts of lost wages are uncertain, Plaintiff Jose Luis Ortiz Osorio claims lost wages of at least $35,000. Mr. Ortiz Osorio's lost wages may also be subject to trebling, totaling $105,000.

10. Plaintiffs additionally claim emotional injuries, which are uncertain at this time.

11. Even if Plaintiffs are entitled to only nominal damages for their emotional injuries and even if no other Plaintiff is entitled to damages related to replacement counsel or lost wages, Plaintiffs' claimed damages in this matter exceed $2,000,000.00.

12. Defendants have disclosed a single insurance policy with wasting policy limits of $2,000,000.00, which is insufficient to cover Plaintiffs' alleged damages.

13. A true and correct copy of the King County Assessor's Office eReal Property report, including the tax roll history and taxable value, for the Covington Property is attached to this declaration as **Exhibit 4**.

14. A true and correct copy of the deed of trust describing the mortgage secured by the Covington Property is attached to this declaration as **Exhibit 5**.

15. A true and correct copy of the King County Assessor's Office eReal Property report, including the tax roll history and taxable value, for the Seattle Condominium is attached to this declaration as **Exhibit 6**.

16. A true and correct copy of the deed of trust describing the mortgage secured by the Seattle Condominium is attached to this declaration as **Exhibit 7**.

17. A true and correct copy of the lis pendens recorded by Plaintiffs against the Covington Property is attached to this declaration as **Exhibit 8**.

18. A true and correct copy of the lis pendens recorded by Plaintiffs against the Seattle Condominium is attached to this declaration as **Exhibit 9**.



TOMLINSON
BOMSZTYK
RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871 F/ 206.621.9907

19. A true and correct copy of the publicly available flight records for the Bombardier Challenger 300 aircraft bearing registration number N712AQ is attached to this declaration as **Exhibit 10**. The flight records display relatively few arrivals in Washington, but relatively recent travels to or arrivals in Mexico and Florida.

20. Plaintiffs attempted to serve Ms. Lozano at the Seattle Condominium. Plaintiffs were unable to do so.

21. Plaintiffs and their counsel believe that Ms. Lozano has left the State of Washington. Plaintiffs' counsel bases their belief on the available flight records, the inability to serve Ms. Lozano at her home or office, and public reporting suggesting that Ms. Lozano has not been present at the Lozano Firm's Tukwila office since approximately the date on which Plaintiffs initially filed their complaint in this matter.

22. Ms. Lozano is presently registered to vote in the State of Florida.

23. In addition to the Covington Property and Seattle Condominium, Ms. Lozano holds real estate in other locations, including outside the State of Washington. Ms. Lozano, for example, owns a condominium in Chicago, Illinois.

24. Consistent with RCW 6.25.080(2), Plaintiff seek only to attach the real estate described in this declaration and Plaintiffs' motion as the Covington Property and the Seattle Condominium.

DATED this 4th day of August 2026.

_*s/ Aric S. Bomsztyk*______
Aric S. Bomsztyk
*Attorney for Plaintiffs*



TOMLINSON
BOMSZTYK
RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871 F/ 206.621.9907