# EXHIBIT 2

AFTER RECORDING MAIL TO:

Five Star Legacy Trust
500 Elliot West #404
Seattle, WA 98119

FATCO
Home Builder
File: 4059289

Filed for Record at Request of:
First American Title Insurance Company

*Space above this line for Recorders use only*

Unofficial Copy

# STATUTORY WARRANTY DEED

File No: **4059289 (TP)**

Grantor(s): **1613 Second Avenue, LLC, a Delaware limited liability company**
Grantee(s): **Alexandra Lozano, as trustee of the Five Star Legacy Trust, dated April 25, 2023**
Abbreviated Legal: **UNIT 3504, THE EMERALD, VOL. 315, P. 11-61, KING COUNTY**
Additional Legal on page:
Assessor's Tax Parcel No(s): **232971251003**

DS
JZ

**THE GRANTOR(S) 1613 Second Avenue, LLC, a Delaware limited liability company** for and in consideration of **Ten Dollars and other Good and Valuable Consideration**, in hand paid, conveys and warrants to **Alexandra Lozano, as trustee of the Five Star Legacy Trust, dated April 25, 2023**, the following described real estate, situated in the County of King, State of Washington.

**LEGAL DESCRIPTION:** Real property in the County of King, State of Washington, described as follows:

**UNIT 3504, THE EMERALD, A CONDOMINIUM, ACCORDING TO DECLARATION THEREOF RECORDED UNDER KING COUNTY RECORDING NO. 20201208002087, AND ANY AMENDMENTS THERETO; SAID UNIT IS LOCATED ON SURVEY MAP AND PLANS FILED IN VOLUME 315 OF CONDOMINIUMS, PAGE(S) 11 THROUGH 61, IN KING COUNTY, WASHINGTON.**

Subject To: This conveyance is subject to covenants, conditions, restrictions and easements, if any, affecting title, which may appear in the public record, including those shown on any recorded plat or survey.

Statutory Warranty Deed
- continued

Dated: May 31, 2023

1613 Second Avenue, LLC, a Delaware limited liability company

By: [signature]
Name: Jing Zhao
Title: Authorized Signer

Unofficial Copy

STATE OF Washington )
)-ss
COUNTY OF King )

This record was acknowledged before me on 5-31-23 by **Jing Zhao** as **Authorized Signer** of **1613 Second Avenue, LLC.**

DAVID E JOHANSEN
NOTARY PUBLIC #83380
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 29, 2026

[signature: David E. Johansen]
Notary Public
My commission expires: July 29, 2026